# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOPE BECK**, | : | CIVIL ACTION NO. 1:16-CV-1975 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **HONEY LOCUST FARMS, LLC** and **THOMAS BROSS IV**, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 20th day of October, 2017, upon consideration of the motion (Doc. 16) for approval of settlement by and between plaintiff Hope Beck ("Beck") and defendants Honey Locust Farms, LLC and Thomas Bross IV (collectively "defendants"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Beck's motion (Doc. 16) for approval of the settlement agreement by and between Beck and defendants is GRANTED.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania